UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                             Case No. 15-11142

JOHN DOE subscriber assigned IP address
68.40.166.187,

    Defendant.
_____/

**ORDER SUSPENDING CONSIDERATION OF MOTION AND REFERRING MATTER TO MAGISTRATE JUDGE FOR LIMITED PURPOSES**

On June 4, 2015, the court held an off the record telephonic status conference with the parties. During the conference, the parties and the court agreed to suspend all consideration of Defendant John Doe's Motion to Quash and for Protective Order (Dkt. # 6) and Plaintiff Malibu Media, LLC's Opposition to Plaintiff's Motion (Dkt. # 7), as well as all deadlines associated with the motion until further order of the court.

The parties also agreed to have the matter referred to United States Magistrate Judge David R. Grand for the limited purpose of presenting Magistrate Judge Grand—ex parte and in camera—with sufficient financial information for Magistrate Judge Grand to assess Defendant's financial status and reveal, under seal to both parties, a summary of Defendant's financial status, while maintaining the anonymity of Defendant's identity. The court will refer the matter to Magistrate Judge Grand for such limited purposes.

The court will schedule a telephonic status conference on **July 9, 2015 at 10:00 am** for the parties to update the court on the status of the case if the court has not otherwise heard from the parties.

IT IS SO ORDERED.

 s/Robert H. Cleland  
ROBERT H. CLELAND  
UNITED STATES DISTRICT JUDGE

Dated:  June 5, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 5, 2015, by electronic and/or ordinary mail.

 s/Lisa G. Wagner  
Case Manager and Deputy Clerk  
(313) 234-5522