# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.                               Case No. 15-CV-11142-DT

JOHN DOE subscriber assigned IP address
68.40.166.187

    Defendant.
_____/

## ORDER OF DISMISSAL

On September 30, 2015 Plaintiff filed a "Notice of Settlement and Voluntary Dismissal with Prejudice of John Doe." Accordingly, the court will dismiss the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

IT IS ORDERED that Plaintiff's complaint is DISMISSED with prejudice and without costs or fees to either party.

                                      S/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated:  October 12, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 12, 2015, by electronic and/or ordinary mail.

                                      S/Lisa G. Teets
                                      Case Manager and Deputy Clerk

(313) 234-5522